AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED

APR 26 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Inoue | ) | Case No. 17-mj-70624-MAG |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. CR95-01078 LEK & CR17-00011 LEK |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Hawaii ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

Not Requested _____ .

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.
Defendant reserves right to a preliminary hearing and detention hearing in the charging district.

Date: 04/26/2017

_____
*Judge's signature*

U.S. Magistrate Judge Susan van Keulen
*Printed name and title*